# United States Court of Appeals

## For the First Circuit

No.  03-1668
     03-1697


GREENLAND SCHOOL DISTRICT,
Plaintiff-Appellee, Cross-Appellant,

v.

AMY N., as parent and next friend of minor daughter, KATIE C.;
ROBERT N., as parent and next friend of minor daughter, KATIE C.,
Defendants-Appellants, Cross-Appellees.


ERRATA SHEET

The opinion of this Court issued on February 23, 2004 is amended as follows:

Page 1, change "Appellee, Cross-Appellant," to Plaintiff-Appellee, Cross-Appellant,"  and "Appellants, Cross-Appellees." to "Defendants-Appellants, Cross-Appellees."